**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

    - v -                         :     NOTICE OF INTENT TO
                                           FILE AN INFORMATION
GENARO OCHOA,                      :

        Defendant.            :

- - - - - - - - - - - - - - - x

**08 CRIM 692**

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         April 25, 2008

                            MICHAEL J. GARCIA
                            United States Attorney

              By:   _____
                    Todd Blanche
                    Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
    Lawrence H. Schoenbach
    Attorney for Genaro Ochoa

5/6/08  WHEEL