```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-19-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

GENARO OCHOA,

                        Defendant.

08 Cr. 0692 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court has been advised that the Sentencing Memorandum for the defendant was erroneously filed on the docket. The Clerk of the Court is directed to remove the Sentencing Memorandum (Docket No. 27) and all related exhibits from the docket.

**SO ORDERED.**

Dated:    New York, New York
          19 February 2009

                                    _____
                                    Victor Marrero
                                    U.S.D.J.